FILED
CLERK, U.S. DISTRICT COURT
APR 16 2018
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-00571-CAS |
|---|---|
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| RANDY MITCHELL, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations, substantial criminal history including multiple narcotics and/or firearms felony convictions and probation violations, no suretyship information provided*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

C. *nature of current allegations, substantial criminal history including multiple narcotics and/or firearms felony convictions and probation violations, no suretyship information provided*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 4-16-18

JOHN D. EARLY
United States Magistrate Judge